COMMONWEALTH *vs.* EDWARD HART.

Middlesex.   November 26. — 28, 1877.   COLT & LORD, JJ., absent.

An objection to the form of a warrant, issued for the arrest of an accused person
and his appearance before a district court, if it could ever have availed him, is
waived by his omission to take it in that court, and cannot be taken, for the first
time, in the Superior Court on appeal.

COMPLAINT on the Gen. Sts. *c.* 87, §§ 6, 7, made and sworn to
by William W. Pratt before a justice of the peace on December
1, 1876, and charging the defendant in due and usual form with
unlawfully keeping and maintaining a common nuisance, to wit,
a tenement used for the illegal keeping and illegal sale of intox-
icating liquors, at Stoneham, " on the first day of July in the
year of our Lord one thousand eight hundred and seventy-six,
and on divers other days and times between that day and the
day of making this complaint."

The justice of the peace thereupon issued a warrant command-
ing the officers to whom it was addressed to arrest the defendant
and bring him before the First District Court of Eastern Mid-
dlesex to answer to the Commonwealth on the complaint " this
day made on oath before me, wherein said William W. Pratt
complains that the said Edward Hart, at Stoneham, in the county
of Middlesex, on the first day of December current, unlawfully
did keep and maintain a common nuisance, against the peace of
the Commonwealth and the form of the statute in such case
made and provided."

In the District Court, the defendant moved to quash the com-
plaint as defective and insufficient.   That motion was overruled,
and the defendant was tried and convicted, and appealed to the
Superior Court; and there moved to quash the proceedings, " be-
cause the warrant does not set forth the substance of the accusa-
tion as required by law." *Putnam*, J., overruled this motion.
The defendant then pleaded guilty; and alleged exceptions.

*A. V. Lynde,* for the defendant.

*C. R. Train,* Attorney General, for the Commonwealth.

BY THE COURT. The objections to the complaint were not relied on in argument. The objection to the form of the warrant, if it could ever have availed the defendant, was waived by his omission to take it in the District Court, and could not be first made in the Superior Court. *Commonwealth* v. *Henry,* 7 Cush. 512.                              *Exceptions overruled*